# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

DARREN COOPER, ET AL

VERSUS

HEATH YOUNG

NO. 2022 CW 0145

### CONSOLIDATED WITH

CALLIE COOPER AND HEATH
YOUNG

VERSUS

DARREN J. COOPER

**JUNE 06, 2022**

---

In Re:    Darren Cooper, applying for supervisory writs, 21st
          Judicial District Court, Parish of Livingston, Nos.
          133521 c/w 145797.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

**JEW**
**MRT**

**McClendon, J.**, would not consider the writ. Relator failed
to provide a complete copy of any opposition and any attachments
thereto, in violation of Uniform Rules of Louisiana Courts of
Appeal, Rule 4-5 (C)(9).

COURT OF APPEAL, FIRST CIRCUIT

a.Sm

_____
DEPUTY CLERK OF COURT
    FOR THE COURT